UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>COREY COOKS,<br><br>                    Defendant. | 15-CR-445-13 (PAE)<br><br><u>SCHEDULING ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court today was compelled to adjourn defendant Corey Cooks' arraignment on supervised release violation specifications because his counsel did not appear for the scheduled telephone conference. The Court reschedules the telephone conference for **Friday, October 22, 2021, at 9:00 a.m.**, with the same dial-in access information as for today's scheduled conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2021
    New York, New York