UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:
        -v-                                          :    15-CR-445-13 (PAE)
:
COREY COOKS,                                       :    <u>SCHEDULING ORDER</u>
:
                  Defendant(s).              :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    It is hereby ORDERED that the conference in this matter, presently scheduled for **December 9, 2021**, is RESCHEDULED to **January 19, 2022,** at **11:00 a.m.**

    SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                        PAUL A. ENGELMAYER
                                        United States District Judge