UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>COREY COOKS,<br><br>Defendant. | 15-CR-445-13 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

    IT IS HEREBY ORDERED that the defendant, Corey Cooks, be supervised via Home Detention on location monitoring, for a term of six months, starting from the date of this order, with the technology to be determined at the discretion of the Probation Department. The defendant will be restricted to his residence at all times except for purposes of employment; education; religious services; medical appointments, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Probation Department.  The Probation Department is directed to arrange a schedule for any substance abuse treatment program that accommodates, to the extent possible, the defendant's employment schedule.

    IT IS FURTHER HEREBY ORDERED that the defendant shall contribute to the costs of monitoring, based on his ability to pay, as determined by the Probation Department. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 18, 2022
       New York, New York